UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
JERRY KALINSKY
GAIL VENTOCILLA-KALINSKY  CASE NO. 10-75823

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    BAC Home Loans Servicing LP    **Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account: 9342

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $488.95 |
| Amount Paid by Trustee | $488.95 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/4/2016    /s/Lydia S. Meyer
Lydia S. Meyer, Trustee
308 W. State St., Suite 212
Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of May, 2016.

Dated:  5/4/2016    /s/Cynthia K. Burnard

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT. MS: TX2-982-03-03
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING LP
PO BOX 650225
DALLAS, TX  75265-0225

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT  MS CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

DEAN PROBER
C/O PROBER & RAPHAEL, A LAW CORP.
20750 VENTURA BLVD STE. 100
WOODLAND HILLS, CA 91364

PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

JERRY KALINSKY
GAIL VENTOCILLA-KALINSKY
960 BLACKBERRY COURT
LAKE IN THE HILLS, IL  60156

ATTORNEY DAVID P. LEIBOWITZ
LAKELAW
420 WEST CLAYTON STREET
WAUKEGAN, IL  60085